| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | JACQUELINE P. COX |
| Shaw Gussis | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | | |
| Chicago, IL 60654 | Hearing Date: | 07/24/2013 |
| (312) 662-2861 | Hearing Time: | 9:30a.m. |
| Chapter 7 Trustee | | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:   PEDROZA, MANUEL B    §   Case No. 11-45513
         PEDROZA, OTILIA      §
                              §
Debtor(s)                     §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 07/24/2013 in Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/02/2013    By:   Ira Bodenstein
                                 Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 662-2861
**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | JACQUELINE P. COX |
| Shaw Gussis | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | Location: | |
| Chicago, IL 60654 | Hearing Date: | / / |
| (312) 662-2861 | Hearing Time: | |
| Chapter 7 Trustee | Response Date: | / / |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: PEDROZA, MANUEL B | § Case No. 11-45513 |
| PEDROZA, OTILIA | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,000.00 |
| *and approved disbursements of* | $ 268.83 |
| *leaving a balance on hand of* [1] | $ 7,731.17 |

**Balance on hand:**              $       7,731.17

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $       0.00
Remaining balance:   $       7,731.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,364.60 | 0.00 | 1,364.60 |

Total to be paid for chapter 7 administration expenses:   $       1,364.60
Remaining balance:   $       6,366.57

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

    Total to be paid for prior chapter administrative expenses:  $    0.00
    Remaining balance:  $    6,366.57

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for priority claims:  $    0.00
    Remaining balance:  $    6,366.57

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

    Total to be paid for timely general unsecured claims:  $    0.00
    Remaining balance:  $    6,366.57

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 4,504.17 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Wells Fargo Bank NA | 1,818.41 | 0.00 | 1,818.41 |
| 2 | Wells Fargo Bank NA | 2,685.76 | 0.00 | 2,685.76 |

Total to be paid for tardy general unsecured claims: $ 4,504.17
Remaining balance: $ 1,862.40

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 1,862.40

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $8.42. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,853.98.

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 662-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-45513-JPC
Manuel B Pedroza                                                    Chapter 7
Otilia Pedroza
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: driddick              Page 1 of 2                  Date Rcvd: Jul 03, 2013
                               Form ID: pdf006             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2013.
db/jdb       +Manuel B Pedroza,   Otilia Pedroza,   5103 Michigan Ave,   Schiller Park, IL 60176-1010
18032580      Chase,   BK DEPT,   P O Box 15298,   Wilmington, DE  19850-5298
18032581     +Chase Mortgage,   10790 Rancho Berna,   San Diego, CA 92127-5705
18032579     +Chicago Legal LLC,   3833 S Harlem Ave,   Berwyn, IL 60402-3925
18032582      Emc Mortgage Corp,   P O Box 293150,   Lewisville, TX  75029-3150
18032583     +Ford Motor Credit,   Bk Dept,   P O Box 542000,   Omaha, NE 68154-8000
18032577     +Pedroza Manuel B,   5103 Michigan Ave,   Schiller Park, IL 60176-1010
18032578     +Pedroza Otilia,   5103 Michigan Ave,   Schiller Park, IL 60176-1010
20059311      Wells Fargo Bank NA,   PO Box 10438,   Des Moines IA   50306-0438
18032584     +Wells Fargo Financial,   PO Box 10475,   Des Moines, IA 50306-0475
18032585     +Wells Fargo Home Mortgage,   P O Box 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 05, 2013**              **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: driddick              Page 2 of 2                   Date Rcvd: Jul 03, 2013
                              Form ID: pdf006            Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2013 at the address(es) listed below:
         Ira  Bodenstein    iratrustee@shawfishman.com,   IL29@ecfcbis.com;cowens@shawfishman.com
         Karen  Walin    on behalf of Joint Debtor Otilia   Pedroza kwalin@chicagolegalllc.com,
          cdwalin@comcast.net;nvargas@gtprocessing.com;clifford7285@att.net;smarrero@chicagolegalllc.com
         Karen  Walin    on behalf of Debtor Manuel B Pedroza kwalin@chicagolegalllc.com,
          cdwalin@comcast.net;nvargas@gtprocessing.com;clifford7285@att.net;smarrero@chicagolegalllc.com
         Michael L Sherman    on behalf of Creditor   Ford Motor Credit Company LLC shermlaw1@aol.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Toni  Dillon    on behalf of Creditor   Wells Fargo Bank, N.A. tdillon@atty-pierce.com,
          northerndistrict@atty-pierce.com
                                                                                                                                                                                                           TOTAL: 6