# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: PEDROZA, MANUEL B § Case No. 11-45513
   PEDROZA, OTILIA § 
    §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $242,600.00 *(without deducting any secured claims)* | Assets Exempt: $146,600.00 |
| Total Distribution to Claimants: $4,512.59 | Claims Discharged Without Payment: $4,100.00 |
| Total Expenses of Administration: $1,633.43 | |

  3) Total gross receipts of $ 8,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,853.98 (see **Exhibit 2**), yielded net receipts of $6,146.02 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $299,114.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,818.83 | 1,633.43 | 1,633.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 8,784.00 | 4,512.59 | 4,512.59 | 4,512.59 |
| **TOTAL DISBURSEMENTS** | $307,898.00 | $6,331.42 | $6,146.02 | $6,146.02 |

    4) This case was originally filed under Chapter 7 on November 08, 2011. The case was pending for 23 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/18/2013          By: /s/Ira Bodenstein
                                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Final installment on purchase of non-exempt equi | 1110-000 | 1,000.00 |
| First installment on sale of equity in 1805 S. G | 1110-000 | 3,000.00 |
| 1805 Granite St, Deming, | 1110-000 | 4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| PEDROZA, MANUEL B | | 8200-002 | 1,853.98 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,853.98** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 96,702.00 | N/A | N/A | 0.00 |
| NOTFILED | Emc Mortgage Corp | 4110-000 | 64,380.00 | N/A | N/A | 0.00 |
| NOTFILED | Ford Motor Credit Bk Dept | 4110-000 | 22,346.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Mortgage | 4110-000 | 115,686.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$299,114.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 1,550.00 | 1,364.60 | 1,364.60 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.44 | 10.44 | 10.44 |
| Rabobank, N.A. | 2600-000 | N/A | 12.32 | 12.32 | 12.32 |
| International Sureties,Ltd | 2300-000 | N/A | 13.00 | 13.00 | 13.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.43 | 10.43 | 10.43 |
| Rabobank, N.A. | 2600-000 | N/A | 10.77 | 10.77 | 10.77 |
| Rabobank, N.A. | 2600-000 | N/A | 11.87 | 11.87 | 11.87 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,818.83 | $1,633.43 | $1,633.43 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank NA | 7200-000 | 1,999.00 | 1,818.41 | 1,818.41 | 1,818.41 |
| 1I | Wells Fargo Bank NA | 7990-000 | N/A | 3.40 | 3.40 | 3.40 |
| 2 | Wells Fargo Bank NA | 7200-000 | 2,685.00 | 2,685.76 | 2,685.76 | 2,685.76 |
| 2I | Wells Fargo Bank NA | 7990-000 | N/A | 5.02 | 5.02 | 5.02 |
| NOTFILED | Chase BK DEPT | 7100-000 | 2,276.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase BK DEPT | 7100-000 | 1,824.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $8,784.00 | $4,512.59 | $4,512.59 | $4,512.59 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-45513  
**Case Name:** PEDROZA, MANUEL B  
PEDROZA, OTILIA  
**Period Ending:** 09/18/13

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 11/08/11 (f)  
**§341(a) Meeting Date:** 12/13/11  
**Claims Bar Date:** 06/19/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 1805 Granite St, Deming, | 40,000.00 | 0.00 | | 4,000.00 | FA |
| 2 | 5103 Michigan Ave, | 110,000.00 | 0.00 | | 0.00 | FA |
| 3 | Chase checking account | 100.00 | 0.00 | | 0.00 | FA |
| 4 | TCF chcecking bank account in banks, savings and | 500.00 | 0.00 | | 0.00 | FA |
| 5 | household goods and furnishings audio, video, an | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | wearing apparel | 500.00 | 500.00 | | 0.00 | FA |
| 7 | wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8 | 401(k) | 70,000.00 | 0.00 | | 0.00 | FA |
| 9 | 401(k) Give particulars. | 40,000.00 | 0.00 | | 0.00 | FA |
| 10 | 1997 Toyota Camry | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | 1999 Ford Explorer | 2,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2010 Ford Mustang | 16,000.00 | 0.00 | | 0.00 | FA |
| 12 | Assets Totals (Excluding unknown values) | **$282,600.00** | **$500.00** | | **$4,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Prepare and file TFR.

**Initial Projected Date Of Final Report (TFR):** December 31, 2012      **Current Projected Date Of Final Report (TFR):** June 30, 2013

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-45513  
**Case Name:** PEDROZA, MANUEL B  
PEDROZA, OTILIA  
**Taxpayer ID #:** \*\*-\*\*\*2530  
**Period Ending:** 09/18/13

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-\*\*\*\*\*\*51-65 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/12 | | Manuel Pedroza | First installment on sale of equity in 1805 S. Granite, Deming N.M. | 1110-000 | 3,000.00 | | 3,000.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,975.00 |
| 05/14/12 | {1} | Manuel Pedroza | Second installment on purchase of non-exempt equity on 1805 Granite, Deming, New Mexico | 1110-000 | 1,000.00 | | 3,975.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,950.00 |
| 06/08/12 | {1} | Manuel Pedroza | Third installment on purchase of non-exempt equity on 1805 Granite, Deming, New Mexico | 1110-000 | 1,000.00 | | 4,950.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,925.00 |
| 07/20/12 | {1} | Manuel Pedroza | Fourth installment on purchase of non-exempt equity in 1805 Granite, Deming, New Mexico | 1110-000 | 1,000.00 | | 5,925.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,900.00 |
| 08/21/12 | {1} | Manuel Pedroza | Fifth installment on purchase of non exempt equity in1805 Granite, Deming, New Mexico | 1110-000 | 1,000.00 | | 6,900.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,875.00 |
| 09/19/12 | | Manuel Pedroza | Final installment on purchase of non-exempt equity in1805 Granite, Deming, NM | 1110-000 | 1,000.00 | | 7,875.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,850.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,825.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,800.00 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033012988 20121220 | 9999-000 | | 7,800.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,000.00 | 8,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,800.00 | |
| | | | **Subtotal** | | 8,000.00 | 200.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,000.00** | **$200.00** | |

{} Asset reference(s)

Printed: 09/18/2013 01:27 PM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-45513  
**Case Name:** PEDROZA, MANUEL B  
PEDROZA, OTILIA  
**Taxpayer ID #:** **-***2530  
**Period Ending:** 09/18/13

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****568666 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 7,800.00 | | 7,800.00 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.44 | 7,789.56 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.32 | 7,777.24 |
| 02/12/13 | 11001 | International Sureties,Ltd | Percentage payment 2013 blanket bond | 2300-000 | | 13.00 | 7,764.24 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.43 | 7,753.81 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.77 | 7,743.04 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.87 | 7,731.17 |
| 07/30/13 | 11002 | Ira Bodenstein | TFR approved 7/24/2013 | 2100-000 | | 1,364.60 | 6,366.57 |
| 07/30/13 | 11003 | Wells Fargo Bank NA | Ref # 8957 | 7200-000 | | 1,818.41 | 4,548.16 |
| 07/30/13 | 11004 | Wells Fargo Bank NA | Ref # 8957 | 7990-000 | | 3.40 | 4,544.76 |
| 07/30/13 | 11005 | Wells Fargo Bank NA | Ref # 7021 | 7200-000 | | 2,685.76 | 1,859.00 |
| 07/30/13 | 11006 | Wells Fargo Bank NA | Ref # 7021 | 7990-000 | | 5.02 | 1,853.98 |
| 07/30/13 | 11007 | PEDROZA, MANUEL B | | 8200-002 | | 1,853.98 | 0.00 |

| | ACCOUNT TOTALS | 7,800.00 | 7,800.00 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | 7,800.00 | 0.00 | |
| | Subtotal | 0.00 | 7,800.00 | |
| | Less: Payments to Debtors | | 1,853.98 | |
| | **NET Receipts / Disbursements** | **$0.00** | **$5,946.02** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******51-65 | 8,000.00 | 200.00 | 0.00 |
| Checking # ****568666 | 0.00 | 5,946.02 | 0.00 |
| | $8,000.00 | $6,146.02 | $0.00 |

{} Asset reference(s)

Printed: 09/18/2013 01:27 PM   V.13.13